1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                        WESTERN DIVISION

10

11   _____

                                              )   **Case No. LA CV 16-01069-VBF-PLA**
12   **JOSEPH L. SHALANT,**                   )
                                              )   **ORDER**
13                                            )
                    Plaintiff,                )   Overruling Plaintiff's Objections;
14                                            )   Adopting Report & Recommendation;
            v.                                )
15                                            )   Granting Defendants' Motion to Dismiss;
                                              )
16   STATE BAR OF CALIFORNIA,                 )   Dismissing the SAC With Prejudice;
                                              )
17                                            )   Directing Entry of Separate Final Judgment;
                    Defendants.               )
18                                            )   Terminating and Closing the Action (JS-6)
                                              )
19   _____

20

21       Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Second Amended Complaint

22   ("SAC") (CM/ECF Document ("Doc") 25); defendants' corrected motion to dismiss and

23   accompanying memorandum and declaration (Docs 27-29); plaintiff's opposition brief and

24   accompanying declaration and request for judicial notice (Docs 34-36); plaintiff's supplemental

25   opposition brief (Doc 40; defendants' reply brief (Doc 38); defendants' objections to plaintiff's

26   request for judicial notice (Doc 39); plaintiff's sur-reply brief (Doc 48); the Report and

27   Recommendation ("R&R") issued by the United States Magistrate Judge pursuant to Fed. R. Civ.

28   P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on October 5, 2016 (Doc 44); plaintiff's objections to the

1    R&R (Doc 47), the defendants' response to those objections (Doc 54); and the applicable law.

2    Plaintiff did not submit or seek leave to file a reply to defendants' response to objections.

3        "As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the

4    portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact,

5    or logic in the . . . R&R."  *Rael v. Foulk*, No. LA CV 14-02987 Doc. 47, 2015 WL 4111295, *1

6    (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016).

7        "The Court finds discussion of [the] objections to be unnecessary on this record.  The

8    Magistrates Act 'merely requires the district judge to make a de novo determination of those portions

9    of the report or specified proposed findings or recommendation to which objection is made.'"  It

10   does not require the district judge to provide a written explanation of the reasons for rejecting

11   objections. *See MacKenzie v. California AG*, No. SA CV 12-00432, 2016 WL 5339566, *1 (C.D.

12   Cal. Sept. 21, 2016) (Fairbank, J.) (quoting *United States ex rel. Walterspiel v. Bayer AG*, 639 F.

13   App'x 164, 168-69 (4th Cir.) (per curiam) ("The district court complied with this requirement.

14   Accordingly, we find no procedural error in the district court's decision not to address specifically

15   Walterspiel's objections."), *cert. denied*, – U.S. –, 137 S. Ct. 162 (2016)) (brackets & quotation

16   marks omitted).  This is particularly true where, as here, the objections are plainly unavailing.

17       Accordingly, the Court will accept the Magistrate Judge's factual findings and legal

18   conclusions and implement his recommendations.

19

20                                    ORDER

21       Plaintiff Shalant's objection **[Doc #47] is OVERRULED.**

22       The Report and Recommendation **[Doc #44] is ADOPTED.**

23       Defendants' motion to dismiss the Second Amended Complaint **[Doc # 26] is GRANTED.**

24       **The Second Amended Complaint [Doc #25] is DISMISSED with prejudice.**

25       **Document #30 is DENIED as moot.**

26

27       Final judgment will be entered in favor of defendants consistent with this order. "As required

28   by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document." *Toy v. Soto*, 2015

1  WL 2168744, *1 (C.D. Cal. May 5, 2015) (Fairbank, J.) (citing *Jayne v. Sherman*, 706 F.3d 994,

2  1009 (9th Cir. 2013)) (n.1 omitted), *COA denied*, No. 15-55866 (9th Cir. Jan. 20, 2016).

3

4         This action is **DISMISSED** with prejudice.

5         **The case SHALL BE TERMINATED and closed (JS-6).**

6

7  Dated:  Thursday, December 29, 2016         _____

8                                                    Valerie Baker Fairbank

9                                              Senior United States District Judge