# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. SHALANT, | **No. LA CV 16-01069-VBF (PLA)** |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| STATE BAR OF CALIFORNIA et al., | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Overruling Plaintiff's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Granting the Defendants' Motion to Dismiss, Dismissing the Second Amended Complaint With Prejudice, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of all the defendants and against plaintiff Joseph L. Shalant**.

Dated: Thursday, December 29, 2016

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE